# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
3:49 pm, 2/10/22
U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Heather N Mycoskie<br><br>Defendant. | Case Number: 3:21-PO-01003-MLC-1 |

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 02/10/2022    Time: 3:13-3:15       (Telephonic)

| Kelly H. Rankin | Jessica Jarvis | | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| | U.S. Probation Officer |
| U.S. Marshal | |

Attorney(s) for Defendant(s)   Darci Phillips

Attorney(s) for Government   Stephanie Hambrick

Other:

Set for Status Conference on 12/19/2022 at 1:30pm by phone. Defendant entered into deferred prosecution agreement.